

FILED

08/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0065

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0065

L. CRAIG SEMENZA,

　　　　Plaintiff and Appellant,

v.

HOLLISTER A. LARSON, et al, and
HOLLY JEAN LARSON, both individually and
collectively d/b/a FIRST & MAIN BUILDING,

　　　　Defendants and Appellees.

ORDER

Plaintiff and Appellant L. Craig Semenza has file a motion for the extension of time within to file his opening brief.

Upon consideration of Plaintiff's and Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Plaintiff's and Appellant's motion foe extension is GRANTED. Plaintiff and Appellant has until August 29, 2022, within which to file his opening brief.

DATED this 16 day of August, 2022.

For the Court,

Chief Justice